IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEROY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:03cv973-ID |
| | ) | (WO) |
| DONAL CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 23, 2006, the Magistrate Judge filed a Recommendation in this case (Doc. No. 33) to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Defendant's motion for summary judgment be and the same is hereby GRANTED; and

3. the above-styled lawsuit be and the same is hereby DISMISSED with prejudice.

DONE this 11th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE