IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv973-ID |
| | ) (WO) |
| DONAL CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and the court's order entered this same date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendant Donal Campbell and against Plaintiff Leroy Smith and that Plaintiff take nothing by his said suit.

DONE this 11th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE